Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

Memphis Division

|  |  |  |
|---|---|---|
| Gloria Jean Swift <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Louis DeJoy, Postmaster General, United States Postal Service (Eastern Area), Agency 'see attached' <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gloria Jean Swift |
| Street Address | 3724 Suzanne Drive |
| City and County | Memphis and Shelby |
| State and Zip Code | Tennessee and 38127 |
| Telephone Number | 9015708805 |
| E-mail Address | robinsonjean464@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Louis DeJoy, (Government Agency) |
| Job or Title *(if known)* | Postmaster General, United States Postal Service |
| Street Address | Headquarters 475 L'Enfant Plaza SW |
| City and County | Washington |
| State and Zip Code | DC 20260-0010 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Andre Meriweather, (Individual) USPS |
| Job or Title *(if known)* | Manager, In Plant Support (A), EAS-25 |
| Street Address | 1720 Market Street |
| City and County | Saint Louis |
| State and Zip Code | Missouri 63155 |
| Telephone Number | (314) 436-4438 |
| E-mail Address *(if known)* | Andre.meriweather@usps.gov |

Defendant No. 3

| | |
|---|---|
| Name | Leslie Karen Hawkins, (Individual) USPS |
| Job or Title *(if known)* | Manager, Network Distribution Center, PCES 2 |
| Street Address | 1921 Elvis Presley |
| City and County | Memphis Shelby |
| State and Zip Code | Tennessee 38136-9998 |
| Telephone Number | (901) 947-7581 |
| E-mail Address *(if known)* | Leslie.k.hawkins@usps.gov |

Defendant No. 4

| | |
|---|---|
| Name | Natalyn Renee Whittington, (Individual) USPS |
| Job or Title *(if known)* | Manager, Distribution Operation, Level 22 |
| Street Address | 25 Coach Trail |
| City and County | Eads Shelby |
| State and Zip Code | Tennessee 38028 |
| Telephone Number | (901) 947-7558 |
| E-mail Address *(if known)* | Natalyn.r.whittington@usps.gov |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Memphis Network Distribution Center |
| Street Address | 1921 Elvis Presley Blvd. |
| City and County | Memphis  and Shelby |
| State and Zip Code | Tennessee  38136-9998 |
| Telephone Number | 901-947-7591 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Violation of the Rehabilitation Act of 1973 as amended, Title 29 U. S. C. section 794 and Title 39 U. S. C. section 1003, and the interactive process of the ADA.

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☒   Unequal terms and conditions of my employment.

☐   Retaliation.

☒   Other acts *(specify)*:    Job disallowed by MOU light duty bidding policy violates permanent rehabilitaion Job offer, seniority, and Rehab. Act

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

August 15, 2018

C.     I believe that defendant(s) *(check one)*:

☐   is/are still committing these acts against me.

☒   is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race

☐   color

☐   gender/sex

☐   religion

☐   national origin

☐   age *(year of birth)*                *(only when asserting a claim of age discrimination.)*

☒   disability or perceived disability *(specify disability)*

perceived disability (permanent restrictions

E.     The facts of my case are as follows. Attach additional pages if needed.

1. The Plaintiff was discharged from the military with no disability on 9-4-1990. Swift's employment with the USPS began as a part-time flexible 12-10-1994 and changed to full-time mail handler on 1-4-1997 at the Memphis Bulk Mail Center, 1921 Elvis Presley Memphis, TN 38136. Swift has numerous workers' compensation claims for on-the-job injuries, resulting in permanent job restrictions. The first permanent restrictions were given by the Department of Veterans Affairs only after Plaintiff had two on-the-job injuries involving traumatic injuries, which involved lifting while working at the USPS, resulting in disability rating on October 17, 2001. See Attachment for conclusion. Complaint copy attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

"PCC." on 8-24-2018; "COD." 11-8-2018. "FC." 1-2 "pgs." "CR."  job disallowed 1-4 pgs 11-16-2018.

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    04/22/2024    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHMENT FOR RELIEF

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 19, 2024

Signature of Plaintiff

Printed Name of Plaintiff    Gloria Jean Swift

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address